IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )      Case No.  8:10CR237
     )
           Plaintiff,      )          ORDER
     )      TO WITHDRAW EXHIBITS
       vs.      )      OR TO SHOW CAUSE WHY
     )      EXHIBITS SHOULD NOT BE
BRAULIO LARA,      )          DESTROYED
     )
         Defendant.      )

       Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either

1) withdraw the following exhibits previously submitted in this matter within 15 calendar

days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

           Defendant's Exhibit No. 101           Sentencing        4/21/2011

       If counsel fails to withdraw these exhibits as directed or to show cause why the

exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits

without further notice to the parties or order from the court.

       IT IS SO ORDERED.

       DATED this 11th day of January, 2012.

                             BY THE COURT'

                             s/ Joseph F. Bataillon
                             United States District Judge